## Commonwealth ex rel. O'Neill, Appellant, *v.* Banmiller.

Submitted June 12, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Paul D. O'Neill,* appellant, in propria persona.

*John F. Hassett* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant Dis-

trict Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, September 13, 1962:

The order of the Court of Common Pleas No. 2 of Philadelphia County is affirmed on the opinion of President Judge JOSEPH SLOANE for the court below, reported at 27 Pa. D. & C. 2d 757.